IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WI-LAN INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 15-379 (LPS) |
| SHARP ELECTRONICS CORPORATION, | ) REDACTED - PUBLIC VERSION |
| Defendant. | ) |
| WI-LAN INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 15-788 (LPS) |
| VIZIO, INC., | ) REDACTED - PUBLIC VERSION |
| Defendant. | ) |

**APPENDIX TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF
WI-LAN'S MOTIONS FOR SUMMARY JUDGMENT AND
<u>MOTIONS TO EXCLUDE EXPERT OPINIONS</u>**

**VOLUME III OF III**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Sharp Electronics Corporation*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 576-3586
pkraman@ycst.com

*Attorneys for VIZIO, Inc.*

Originally Filed: November 9, 2018
Redacted Version Filed: November 16, 2018

| VOLUME III ||
|---|---|
| **Exhibit** | **Description** |
| 70 | Reply Expert Report of Cliff Reader (September 14, 2018) |
| 71 | Deposition Transcript of Ionut Mirel (October 3-4, 2018) |
| 72 | Deposition Transcript of Craig Tanner (October 10, 2018) |
| 73 | Deposition Transcript of Cliff Reader (October 10-11, 2018) |
| 74 | Deposition Transcript of David Kennedy (October 12, 2018) |
| 75 | MediaTek Datasheet (MTK-00056) |
| 76 | October 3, 2017 J. Beard email to P. Conroy et al. |
| 77 | Rebuttal Expert Report of Cliff Reader (August 31, 2018) (VIZIO) |

# EXHIBITS 70-75
# REDACTED IN THEIR ENTIRETY

# EXHIBIT 76

| | |
|---|---|
| **From:** | Beard, James |
| **To:** | "Patrick Conroy" |
| **Cc:** | "WiLan-DTVCounsel@bcpc-law.com"; *JBlumenfeld@MNAT.com; *skraftschik@mnat.com; Cutri, Gianni; Merkin, Joel; Khanna, Rajat |
| **Subject:** | Wi-LAN v. SEC, 15-cv-379 - Expert Disclosure |
| **Date:** | Tuesday, October 3, 2017 11:24:00 AM |
| **Attachments:** | Overby Legal Resume 2017-09-25.pdf |
| | 2016-09-28 (105) - Second Amended Protective Order.pdf |

Counsel -

Pursuant to Section 7.5 of the Second Amended Protective Order in *Wi-LAN v. Sharp Electronics Corp*, 1:15-cv-379, D.I. 105, SEC hereby discloses its intent to disclose Protected Materials, including materials designated as HIGHLY CONFIDENTIAL - SOURCE CODE, HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY, and CONFIDENTIAL, to outside consultant Walter Overby. A copy of the protective order is attached for your convenience.

As provided by Section 7.5, Mr. Overby's *curriculum vitae* is attached.

Regards,

**James Beard**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
**T** +1 415 439 1689

------------------------------------------------

james.beard@kirkland.com

# EXHIBIT 77
# REDACTED IN ITS ENTIRETY