IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-379 (LPS) |
| | ) | |
| SHARP ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-788 (LPS) |
| | ) | |
| VIZIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION TO DECLARE CASES EXCEPTIONAL**
**PURSUANT TO 35 U.S.C. § 285 AND AWARD ATTORNEYS' FEES AND COSTS**

Pursuant to 35 U.S.C. § 285, Defendants Sharp Electronics Corporation and VIZIO, Inc.

hereby move as the prevailing parties in these cases for an award of attorney fees and costs, and

a determination that these are "exceptional" cases.  The grounds for this motion are set forth in

Defendants' opening brief submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Stephen J. Kraftschik*

*/s/ Pilar G. Kraman*

_____
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com
*Attorneys for Sharp Electronics Corporation*

_____
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 576-3586
pkraman@ycst.com
*Attorneys for VIZIO, Inc.*

OF COUNSEL:

Gianni Cutri
Joel R. Merkin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
(213) 680-8400

Adam R. Alper
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
(415) 439-1400

September 26, 2019

OF COUNSEL:

Rex Hwang
Stanley M. Gibson
Jessica Newman
JEFFER MANGELS BUTLER & MITCHELL LLP,
1900 Avenue of the Stars, 7th Floor, Los
Angeles, California 90067
(310) 203-8080

## **7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with

counsel for the plaintiff and that we have not been able to reach agreement.

*/s/ Stephen J. Kraftschik*

_____

Stephen J. Kraftschik (#5623)
*Attorneys for Sharp Electronics Corporation*


*/s/ Pilar G. Kraman*

_____

Pilar G. Kraman (#5199)
*Attorneys for VIZIO, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-379 (LPS) |
| | ) | |
| SHARP ELECTRONICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| WI-LAN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-788 (LPS) |
| | ) | |
| VIZIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DECLARE CASE EXCEPTIONAL PURSUANT TO 35 U.S.C. § 285
AND AWARD ATTORNEYS' FEES AND COSTS**

At Wilmington this ____ day of _____, 2019, having considered Defendant Sharp Electronics Corporation's and VIZIO, Inc.'s Motion to Declare Case Exceptional Pursuant to 35 U.S.C. § 285 and Award Attorneys' Fees and Costs, IT IS HEREBY ORDERED that the motion is GRANTED.  The parties are hereby directed to meet and confer on a schedule for supplemental submissions regarding the amount of fees and costs to be awarded.

_____
Chief, United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 26, 2019, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                     *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Monte M. Bond, Esquire                                      *VIA ELECTRONIC MAIL*
Jeffrey R. Bragalone, Esquire
Patrick J. Conroy, Esquire
Terry Saad, Esquire
James R. Perkins, Esquire
BRAGALONE CONROY P.C.
Chase Tower, Suite 4500W
2200 Ross Avenue
Dallas, TX  75201
*Attorneys for Plaintiff*

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)