# EXHIBIT A

# AIPLA
# 2019
## Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2019

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Frank L. Gerratana, Chair

September 2019

Prepared by:



910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

## TYPICAL COSTS OF LITIGATION

Survey participants were asked to provide cost estimates, *but only for the types of litigation they had personal knowledge of, either as a service provider (attorney in private practice) or as a purchaser (corporate counsel), and were engaged in relatively recently*. "Total cost" was requested, and includes outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses. Participants were also asked to estimate based on a single IP asset (i.e., one patent at issue, one trademark, etc.).

The following table reports median litigation costs for Patent Infringement, All Varieties, Patent Infringement Pursuant to the Hatch-Waxman Act, Patent Infringement by Non-Practicing Entity, Section 337 Patent Infringement Action in the International Trade Commission, Post-Grant Proceedings by Technology – which is new this year, Trademark Infringement, Trademark Opposition/Cancellation, Copyright Infringement, and Trade Secret Misappropriation. In the previous (2017) survey, new categories (varieties) were created including initial case management; inclusive of discovery, motions, and claim construction; inclusive of pretrial, trial, post-trial, and appeal (when applicable); and the cost of mediation.

In order to facilitate temporal comparisons of litigation costs to previous surveys, and in consultation with AIPLA staff, new varieties were matched up (when possible starting in 2017) with old varieties based mainly on the variety name. For example, Inclusive of discovery, motions, and claim construction was matched up with End of discovery, and Cost of mediation was matched up with Mediation. It should be noted that these comparisons are approximate given the differences in variety names, and thus caution should be exercised when making comparisons to the historical data.

| **MEDIAN LITIGATION COSTS** | \$000s | | | |
|---|---|---|---|---|
| | 2013 | 2015 | 2017 | 2019 |
| **PATENT INFRINGEMENT, ALL VARIETIES** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
| Initial case management | N/A | N/A | $25 | $50 |
| Inclusive of discovery, motions, and claim construction | $350 | $400 | $250 | $250 |
| Inclusive of pre and post-trial, and appeal when applicable | $700 | $600 | $500 | $700 |
| Cost of mediation | N/A | $100 | $25 | $40 |
| $1-$10 MILLION AT RISK | | | | |
| Initial case management | N/A | N/A | $60 | $80 |
| Inclusive of discovery, motions, and claim construction | $1,000 | $950 | $550 | $600 |
| Inclusive of pre and post-trial, and appeal when applicable | $2,000 | $2,000 | $1,000 | $1,500 |
| Cost of mediation | N/A | $200 | $50 | $50 |
| $10-$25 MILLION AT RISK | | | | |
| Initial case management | N/A | N/A | $100 | $150 |
| Inclusive of discovery, motions, and claim construction | $2,000 | $1,900 | $1,000 | $1,225 |
| Inclusive of pre and post-trial, and appeal when applicable | $3,325 | $3,100 | $2,000 | $2,700 |
| Cost of mediation | N/A | $250 | $75 | $80 |
| MORE THAN $25 MILLION AT RISK | | | | |
| Initial case management | N/A | N/A | $138 | $250 |
| Inclusive of discovery, motions, and claim construction | $3,000 | $3,000 | $1,700 | $2,375 |
| Inclusive of pre and post-trial, and appeal when applicable | $5,500 | $5,000 | $3,000 | $4,000 |
| Cost of mediation | N/A | $300 | $100 | $100 |

Private Firm, Equity Partner

## Average hourly billing rate in 2018 (Q37)

**Private Firm, Equity Partner**

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 302 | $521 | $330 | $375 | $475 | $650 | $796 |
| Years of IP Law Attorney Experience | 7-9 | 9 | $356 | ISD | $325 | $370 | $390 | ISD |
| | 10-14 | 40 | $438 | $280 | $346 | $398 | $500 | $668 |
| | 15-24 | 119 | $505 | $325 | $375 | $448 | $650 | $750 |
| | 25-34 | 86 | $552 | $344 | $429 | $500 | $665 | $833 |
| | 35 or More | 45 | $613 | $390 | $475 | $595 | $713 | $916 |
| Location | Boston CMSA | 13 | $747 | $369 | $450 | $800 | $1,015 | $1,080 |
| | NYC CMSA | 22 | $559 | $365 | $408 | $475 | $699 | $964 |
| | Philadelphia CMSA | 10 | $599 | $433 | $486 | $560 | $729 | $823 |
| | Washington, DC CMSA | 43 | $590 | $354 | $430 | $570 | $700 | $850 |
| | Other East | 10 | $462 | $314 | $365 | $461 | $513 | $691 |
| | Metro Southeast | 12 | $418 | $292 | $343 | $375 | $421 | $746 |
| | Other Southeast | 8 | $414 | ISD | $354 | $375 | $463 | ISD |
| | Chicago CMSA | 20 | $537 | $351 | $435 | $533 | $644 | $734 |
| | Minne.-St. Paul PMSA | 15 | $443 | $290 | $330 | $420 | $545 | $626 |
| | Other Central | 62 | $421 | $283 | $342 | $390 | $500 | $646 |
| | Texas | 19 | $534 | $400 | $406 | $460 | $650 | $800 |
| | Los Angeles CMSA | 13 | $586 | $336 | $440 | $575 | $675 | $978 |
| | San Francisco CMSA | 14 | $665 | $385 | $464 | $650 | $826 | $1,023 |
| | Other West | 41 | $496 | $300 | $343 | $450 | $623 | $769 |
| IP Technical Specialization (>=50%) | Biotechnology | 13 | $610 | $304 | $418 | $600 | $818 | $990 |
| | Chemical | 16 | $462 | $265 | $374 | $465 | $593 | $636 |
| | Computer Hardware | 5 | $521 | ISD | $313 | $395 | $793 | ISD |
| | Computer Software | 24 | $493 | $313 | $380 | $483 | $596 | $745 |
| | Electrical | 27 | $586 | $350 | $400 | $520 | $670 | $1,010 |
| | Mechanical | 63 | $480 | $337 | $360 | $450 | $570 | $700 |
| | Medical/ Health Care | 18 | $537 | $300 | $396 | $497 | $650 | $743 |
| | Pharmaceutical | 10 | $626 | $405 | $465 | $600 | $761 | $956 |
| | Other areas | 3 | $450 | ISD | ISD | $450 | ISD | ISD |
| Age | 35-39 | 14 | $451 | $245 | $313 | $365 | $655 | $708 |
| | 40-44 | 36 | $446 | $325 | $371 | $400 | $556 | $665 |
| | 45-49 | 46 | $502 | $329 | $368 | $439 | $600 | $822 |
| | 50-54 | 64 | $510 | $350 | $400 | $459 | $636 | $750 |
| | 55-59 | 65 | $550 | $300 | $365 | $500 | $675 | $958 |
| | 60 or Older | 74 | $568 | $350 | $445 | $530 | $653 | $838 |
| Gender | Male | 257 | $525 | $334 | $375 | $482 | $650 | $785 |
| | Female | 42 | $486 | $277 | $350 | $425 | $631 | $814 |
| Highest Non-Law Degree | Bachelor's Degree | 212 | $516 | $330 | $375 | $471 | $650 | $785 |
| | Master's Degree | 62 | $542 | $333 | $400 | $500 | $650 | $814 |
| | Doctorate Degree | 24 | $520 | $310 | $379 | $464 | $669 | $880 |
| Ethnicity | White/Caucasian | 262 | $520 | $330 | $375 | $481 | $650 | $796 |
| | Hispanic/Latino | 4 | $624 | ISD | $445 | $638 | $789 | ISD |
| | Asian/Pacific Islander | 11 | $547 | $315 | $400 | $500 | $675 | $910 |
| | Blended | 5 | $510 | ISD | $325 | $450 | $725 | ISD |
| | Other | 8 | $535 | ISD | $338 | $450 | $733 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $385 | $275 | $303 | $350 | $450 | $585 |
| | 3-5 | 43 | $408 | $257 | $350 | $400 | $460 | $595 |
| | 6-10 | 32 | $473 | $340 | $364 | $448 | $529 | $650 |
| | 11-25 | 56 | $460 | $340 | $376 | $428 | $519 | $633 |
| | 26-50 | 46 | $522 | $329 | $390 | $500 | $609 | $737 |
| | 51-100 | 47 | $607 | $350 | $430 | $577 | $750 | $960 |
| | 101-150 | 24 | $686 | $353 | $421 | $710 | $938 | $1,023 |
| | More than 150 | 27 | $714 | $524 | $650 | $700 | $785 | $972 |

*Private Firm, Partner-Track Attorney*

# Average hourly billing rate in 2018 (Q37)

*Private Firm, Partner-Track Attorney*

|  |  | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals |  | 99 | $387 | $250 | $285 | $350 | $438 | $600 |
| Years of IP Law Attorney Experience | Fewer than 5 | 20 | $309 | $222 | $250 | $283 | $325 | $575 |
|  | 5-6 | 21 | $406 | $252 | $284 | $360 | $458 | $719 |
|  | 7-9 | 22 | $364 | $260 | $298 | $338 | $435 | $509 |
|  | 10-14 | 16 | $444 | $280 | $320 | $426 | $499 | $755 |
|  | 15-24 | 18 | $405 | $280 | $308 | $388 | $456 | $621 |
| Location | Boston CMSA | 4 | $671 | ISD | $533 | $675 | $806 | ISD |
|  | Philadelphia CMSA | 3 | $381 | ISD | ISD | $414 | ISD | ISD |
|  | Washington, DC CMSA | 16 | $436 | $285 | $315 | $400 | $516 | $669 |
|  | Other East | 5 | $312 | ISD | $288 | $300 | $343 | ISD |
|  | Metro Southeast | 6 | $422 | ISD | $324 | $438 | $503 | ISD |
|  | Other Southeast | 4 | $335 | ISD | $233 | $336 | $438 | ISD |
|  | Chicago CMSA | 5 | $378 | ISD | $350 | $360 | $415 | ISD |
|  | Minne.-St. Paul PMSA | 9 | $297 | ISD | $276 | $295 | $313 | ISD |
|  | Other Central | 24 | $314 | $245 | $251 | $284 | $345 | $428 |
|  | Texas | 4 | $448 | ISD | $310 | $345 | $688 | ISD |
|  | Other West | 14 | $413 | $243 | $269 | $427 | $500 | $664 |
| IP Technical Specialization (>=50%) | Biotechnology | 4 | $487 | ISD | $381 | $418 | $661 | ISD |
|  | Chemical | 6 | $318 | ISD | $254 | $318 | $379 | ISD |
|  | Computer Software | 20 | $431 | $252 | $297 | $355 | $564 | $745 |
|  | Electrical | 10 | $394 | $253 | $295 | $415 | $493 | $500 |
|  | Mechanical | 26 | $340 | $247 | $280 | $310 | $374 | $507 |
|  | Pharmaceutical | 3 | $572 | ISD | ISD | $525 | ISD | ISD |
| Age | Younger than 35 | 29 | $341 | $250 | $265 | $300 | $350 | $591 |
|  | 35-39 | 29 | $389 | $250 | $280 | $310 | $468 | $735 |
|  | 40-44 | 12 | $419 | $226 | $346 | $418 | $488 | $675 |
|  | 45-49 | 13 | $381 | $277 | $298 | $375 | $433 | $563 |
|  | 50-54 | 9 | $431 | ISD | $360 | $414 | $459 | ISD |
|  | 55-59 | 5 | $416 | ISD | $300 | $435 | $523 | ISD |
| Gender | Male | 82 | $402 | $252 | $290 | $360 | $468 | $608 |
|  | Female | 16 | $319 | $247 | $259 | $296 | $325 | $486 |
| Highest Non-Law Degree | Bachelor's Degree | 65 | $395 | $266 | $298 | $350 | $458 | $595 |
|  | Master's Degree | 26 | $368 | $247 | $275 | $305 | $449 | $617 |
|  | Doctorate Degree | 8 | $387 | ISD | $246 | $368 | $437 | ISD |
| Ethnicity | White/Caucasian | 85 | $386 | $250 | $288 | $350 | $438 | $595 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 3-5 | 4 | $298 | ISD | $273 | $285 | $335 | ISD |
|  | 6-10 | 7 | $347 | ISD | $285 | $350 | $400 | ISD |
|  | 11-25 | 21 | $350 | $259 | $285 | $324 | $395 | $491 |
|  | 26-50 | 25 | $376 | $248 | $290 | $345 | $470 | $508 |
|  | 51-100 | 21 | $376 | $224 | $273 | $350 | $444 | $573 |
|  | 101-150 | 11 | $392 | $280 | $300 | $325 | $505 | $707 |
|  | More than 150 | 9 | $611 | ISD | $467 | $600 | $768 | ISD |

**EXHIBIT B**

EXHIBIT REDACTED IN ITS ENTIRETY