IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WI-LAN INC.,                           )
                                       )
                Plaintiff,             )
                                       )
        v.                             )      C.A. No. 15-379 (LPS)
                                       )
SHARP ELECTRONICS CORPORATION,         )
                                       )
                Defendant.             )
                                       )

## [PROPOSED] ORDER AND FINAL JUDGMENT

WHEREAS, all of the issues pertaining to infringement, validity and enforceability of the patents asserted in the above-captioned matter have been fully resolved by the Court;

WHEREAS the Court issued a Memorandum Order (D.I. 574) on April 25, 2022 directing that "[n]o later than **April 27, 2022**, the parties shall submit a proposed order, consistent with this ruling, that identifies the amount of fees to be awarded to Defendants, which shall be adjusted to reflect the narrower window of time set out in this Order," *i.e.*, April 26, 2018 through February 14, 2019 (the "Fee Period") and that "[t]he submitted order should be one the Court can sign and conclude this case and put it in a posture where one or both sides could, if it chooses, take an appeal;"

WHEREAS, the parties have conferred and jointly submit this proposed order and final judgment; and

WHEREAS, pursuant to the Memorandum Order, the parties agree that the amount of attorneys' fees to be awarded to Sharp Electronics Corporation for the Fee Period is $3,145,601.76.

IT IS HEREBY ORDERED that:

1.      All claims, counterclaims, and defenses, other than with respect to Sharp Electronics Corporation's claim for attorneys' fees pursuant to 35 U.S.C. § 285, have been previously resolved by the Court.

2. Pursuant to 35 U.S.C. § 285, the Court awards Sharp Electronics Corporation attorneys' fees in the amount of $3,145,601.76. Subject to Wi-LAN Inc. posting a bond pursuant to Fed. R. Civ. P. 62(b) or other agreement of the parties, Wi-LAN Inc. shall pay $3,145,601.76 to Sharp Electronics Corporation.

3. Final Judgment is entered in favor of Sharp Electronics Corporation and against Wi-LAN Inc. for attorneys' fees in the amount of $3,145,601.76.

Dated: April 28, 2022

The Hon. Leonard P. Stark
United States Circuit Judge

2